IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MICHAEL DEMAGALSKI,                )
                                   )
           Plaintiff,              )    Case No. 04-1051-KI
                                   )
    vs.                            )    ORDER
                                   )
COMMISSIONER of Social Security,   )
                                   )
           Defendant.              )

    David B. Lowry
    9900 S. W. Greenburg Road
    Columbia Business Center, Suite 235
    Portland, Oregon  97223

        Attorney for Plaintiff

    Karin J. Immergut
    United States Attorney
    Craig J. Casey
    Assistant United States Attorney
    1000 S. W. Third Avenue, Suite 600
    Portland, Oregon  97204-2902

Lucille G. Meis
Social Security Administration
Office of the General Counsel
701 Fifth Avenue
Suite 2900, M/S 901
Seattle, Washington 98104-7075

    Attorneys for Defendant

KING, Judge:

The decision of the Commissioner is reversed and this action is remanded to the Commissioner under sentence four of U.S.C. § 405(g) for rehearing consistent with this opinion to determine whether there are a significant number of jobs that Demagalski can perform.

IT IS SO ORDERED.

Dated this   1st   day of June, 2005.

          /s/ Garr M. King
          Garr M. King
          United States District Judge