DAVID B. LOWRY
9900 SW Greenburg Road
Columbia Business Center, Suite 235
Portland, Oregon 97223
(503) 245-6309
OSB NO. 73372

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Michael Demagalski

       Plaintiff,

vs.

Civil No. 04-cv-01051-KI

Commissioner of Social Security

       **Defendant.**

ORDER GRANTING AWARD
OF EAJA FEES

Pursuant to Stipulation, and good cause appearing therefore,

IT IS ORDERED, ADJUDGED and DECREED that the plaintiff is granted judgment against defendant in the amount of $5445.07 as and for EAJA Fees.

Done this ___ day of _____, 2005.

_____
Judge

Page 1 - **ORDER GRANTING AWARD OF EAJA FEES**